IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADC TECHNOLOGY INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:10-cv-01456 |
| ) | |
| LG ELECTRONICS MOBILECOMM ) | |
| U.S.A., INC., LG ELECTRONICS INC., ) | |
| UNITED STATES CELLULAR ) | |
| CORPORATION, APPLE INC., ) | |
| HIGH TECH COMPUTER CORP. a/k/a ) | |
| HTC CORP., HTC AMERICA, INC., ) | |
| EXEDEA INC., NOKIA INC., and ) | |
| NOKIA CORPORATION, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

**PLAINTIFF'S LOCAL RULE 3.2 NOTICE AS TO AFFILIATES
DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 and Fed.R.Civ.P.7.1, Plaintiff ADC Technology Inc., through its attorneys, declares that ADC Technology Inc. is a Japanese corporation, and it has no publicly held affiliates.

Respectfully Submitted,

*/s/ Patrick F. Solon*
Raymond P. Niro
Dean D. Niro
Patrick F. Solon
Richard B. Megley
Niro, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorney for ADC Technology Inc.