IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ADC TECHNOLOGY INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-01456 |
| | ) | |
| LG ELECTRONICS MOBILECOMM | ) | Judge Suzanne B. Conlon |
| U.S.A., INC., LG ELECTRONICS INC., | ) | |
| UNITED STATES CELLULAR | ) | |
| CORPORATION, APPLE INC., | ) | |
| HIGH TECH COMPUTER CORP. a/k/a | ) | |
| HTC CORP., HTC AMERICA, INC., | ) | |
| EXEDEA INC., NOKIA INC., and | ) | |
| NOKIA CORPORATION, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**NOTICE OF DISMISSAL OF APPLE INC. WITH PREJUDICE**

On this day, Plaintiff ADC TECHNOLOGY INC. and Defendant APPLE INC., represent to the Court that they have settled their respective claims for relief asserted in this matter.

Accordingly, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), notice is hereby given that all claims for relief asserted against APPLE INC. by ADC TECHNOLOGY INC. are hereby dismissed with prejudice.

All claims against the remaining parties remain for adjudication.

ADC TECHNOLOGY INC.

Signed this 5th day of April 2010.

/s/ Patrick F. Solon
Patrick F. Solon
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois  60602
(312) 236-0733

One of Its Attorneys

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing **NOTICE OF DISMISSAL OF APPLE INC. WITH PREJUDICE** was filed with the Clerk of the Court on April 5, 2010 using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court:

Richard J. O'Brien (robrien@sidley.com)
Rachel D. Sher (rsher@sidley.com)
Brian C. Bianco (bcbianco@sidley.com)
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

ATTORNEYS FOR U.S. CELLULAR CORPORATION

Kara E. F. Cenar
(kara.cenar@bryancave.com)
Mariangela M. Seale
(merili.seale@bryancave.com)
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Tel: (312) 602-5000
Fax: (312) 602-5050

Mark R. Weinstein
Heidi L. Keefe
Kyle D. Chen
Cooley Godward Kronish LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Tel: (650) 843-5000
Fax: (650) 857-0663

ATTORNEYS FOR EXEDEA INC., HIGH TECH COMPUTER CORP. a/k/a HTC CORP. and HTC AMERICA, INC.

/s/ Patrick F. Solon