IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ADC TECHNOLOGY INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-01456 |
| | ) | |
| LG ELECTRONICS MOBILECOMM U.S.A., INC., LG ELECTRONICS INC., UNITED STATES CELLULAR CORPORATION, HIGH TECH COMPUTER CORP. a/k/a HTC CORP., HTC AMERICA, INC., EXEDEA INC., PALM, INC., KYOCERA COMMUNICATIONS INC., KYOCERA CORPORATION, SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., and SONY ERICSSON MOBILE COMMUNICATIONS AB, | ) ) ) ) ) ) ) ) ) ) ) ) | Honorable Suzanne B. Conlon<br><br><br><br><br>**JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF ADC TECHNOLOGY, INC.'S MOTION TO DISMISS UNDER FED.R.CIV.P. 12(B)(6) AND MOTION TO STRIKE UNDER FED.R.CIV.P. 12(B)(1)**

Plaintiff ADC Technology, Inc. ("ADC") respectfully requests that Palm, Inc.'s ("Palm") conclusory counterclaims and affirmative defenses asserting invalidity of the three patents-in-suit be dismissed and stricken, respectively. As set forth more fully in ADC's supporting memorandum submitted herewith, Palm's invalidity counterclaims and defenses as plead are factually and legally deficient and should be dismissed under Rules 12(b)(6) and 12(b)(1).

Respectfully submitted,

/s/ Richard B. Megley, Jr.
Raymond P. Niro
Dean D. Niro
Patrick F. Solon
Richard B. Megley, Jr.
NIRO, HALLER & NIRO

        181 West Madison, Suite 4600
        Chicago, Illinois 60602
        Telephone: (312) 236-0733

        ATTORNEYS FOR ADC TECHNOLOGY INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **PLAINTIFF ADC TECHNOLOGY, INC.'S MOTION TO DISMISS UNDER FED.R.CIV.P. 12(B)(6) AND MOTION TO STRIKE UNDER FED.R.CIV.P. 12(B)(1)** was filed with the Clerk of the Court on June 21, 2010 using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court:

Richard J. O'Brien (robrien@sidley.com)
Rachel D. Sher (rsher@sidley.com)
Brian C. Bianco (bcbianco@sidley.com)
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
Tel:  (312) 853-7000
Fax: (312) 853-7036

**ATTORNEYS FOR U.S. CELLULAR CORPORATION**

Patrick J. Kelleher
(Patrick.Kelleher@dbr.com)
Brian C. Rupp
(Brian.Rupp@dbr.com)
Drinker Biddle & Reath, LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606
Tel:  (312) 569-1000
Fax: (312) 569-3000

**ATTORNEYS FOR LG ELECTRONICS MOBILECOMM U.S.A., INC. and LG ELECTRONICS INC.**

Alan Barry
(Alan.Barry@klgates.com)
Michael S. Golenson
(Michael.golenson@klgates.com)
K&L Gates
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
Tel:  (312) 372-1121
Fax: (312) 827-8000

**ATTORNEY FOR SONY ERICSSON MOBILE COMMUNICATIONS (USA)**

Kara E. F. Cenar
(kara.cenar@bryancave.com)
Mariangela M. Seale
(merili.seale@bryancave.com)
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL  60601
Tel:  (312) 602-5000
Fax: (312) 602-5050

Mark R. Weinstein
(mweinstein@cooley.com)
Heidi L. Keefe
(hkeefe@cooley.com)
Kyle D. Chen
(Kyle.chen@cooley.com)
Cooley Godward Kronish LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA  94306
Tel:  (650) 843-5000
Fax: (650) 857-0663

**ATTORNEYS FOR EXEDEA INC., HIGH TECH COMPUTER CORP. a/k/a HTC CORP. and HTC AMERICA, INC.**

Daniel J. O'Connor
Daniel.j.oconnor@bakernet.com
Daniel A. Tallitsch
Daniel.a.tallitsch@bakernet.com
Baker & McKenzie LLP
130 E. Randolph Drive
Chicago, IL  60601
Tel:  (312) 861-8024
Fax: (312) 861-2899

**ATTORNEYS FOR KYOCERA**

| | |
|---|---|
| **INC.,  and SONY ERICSSON MOBILE COMMUNICATIONS AB** | **COMMUNICATIONS, INC. and PALM, INC.** |
| Timothy J. Vezeau<br>Timothy.vezeau@kattenlaw.com<br>Eric C. Cohen<br>Eric.cohen@kattenlaw.com<br>Dennis C. Lee<br>Dennis.lee@kattenlaw.com<br>Michael Adam Dorfman<br>Michael.dorfman@kattenlaw.com<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL  60661<br>Tel:  (312) 902-5200<br>Fax: (312) 902-1061 | M. Andrew Woodmansee<br>mawoodmansee@mofo.com<br>Morrison & Foerster LLP<br>12531 High Bluff Dr., Suite 100<br>San Diego, CA  92130<br>Tel:  (858) 720-5100<br><br>**ATTORNEY FOR PALM, INC.** |
| **ATTORNEYS FOR KYOCERA COMMUNICATIONS INC and KYOCERA CORPORATION** | |

/s/      Richard B. Megley, Jr.