IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ADC TECHNOLOGY INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:10-cv-01456 |
| | ) | |
| v. | ) | Honorable Suzanne B. Conlon |
| | ) | |
| LG ELECTRONICS MOBILECOMM | ) | |
| U.S.A., INC. and LG ELECTRONICS | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and a confidential Cross-License Agreement, Plaintiff ADC Technology, Inc. ("ADC") and Defendants LG Electronics MobileComm U.S.A., Inc. and LG Electronics Inc. ("LG") hereby move the Court to dismiss with prejudice all claims and counterclaims asserted by any party in this case.  ADC and LG agree that each party shall bear its own fees and expenses.

A proposed Order is being filed herewith.

Dated: October 22, 2010

/s/  Richard B. Megley, Jr.
Raymond P. Niro
Dean D. Niro
Patrick F. Solon
Richard B. Megley, Jr.
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733

ATTORNEYS FOR ADC TECHNOLOGY INC.

/s/   Brian C. Rupp
Brian C. Rupp
Patrick J. Kelleher
Carrie A. Beyer
Drinker Biddle & Reath, LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606
Telephone:  (312) 569-1000

ATTORNEYS FOR LG ELECTRONICS MOBILECOMM U.S.A., INC. AND LG ELECTRONICS INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **JOINT MOTION TO DISMISS WITH PREJUDICE** was filed with the Clerk of the Court on October 22, 2010 using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court:

> Patrick J. Kelleher
> (Patrick.Kelleher@dbr.com)
> Brian C. Rupp
> (Brian.Rupp@dbr.com)
> Carrie A. Beyer
> (Carrie.Beyer@dbr.com)
> Drinker Biddle & Reath, LLP
> 191 N. Wacker Drive, Suite 3700
> Chicago, IL  60606
> Tel:  (312) 569-1000
> Fax: (312) 569-3000
>
> **ATTORNEYS FOR LG ELECTRONICS MOBILECOMM U.S.A., INC. and LG ELECTRONICS INC.**

/s/  Richard B. Megley, Jr.